1  Dominica J. Minore (#019671)
   THE LAW OFFICES OF DOMINICA J. MINORE, P.C.
2  9375 E. Shea Blvd., Suite 100
   Scottsdale, Arizona  85260
3  Telephone:  (480) 214-9727
   Facsimile:  (480) 304-4853
4  DMinore@MinoreLaw.com
   *Attorney for Defendant*

5  Anna G. Rotman
   Christopher D. Porter
6  YETTER COLEMAN LLP
   909 Fannin, Suite 3600
7  Houston, Texas  77010
   Telephone:  (713) 632-8000
8  Facsimile:  (713) 632-8002
   *Attorneys for Defendant*
9  *Pro Hac Vice Admission Pending*

10

11              **IN THE UNITED STATES DISTRICT COURT**

12              **IN AND FOR THE DISTRICT OF ARIZONA**

13

14  D. P. ELECTRIC, INC., an Arizona    No. 2:14-CV-01421
    corporation,
15                                       **CORPORATE DISCLOSURE**
                Plaintiffs,              **STATEMENT**
16
                                         (The Honorable Raner C. Collins)
17          v.

18
    ABM GOVERNMENT SERVICES, LLC, a
19  Kentucky limited liability company,

20              Defendant.

21       This Corporate Disclosure Statement is filed on behalf of Defendant, in compliance

22  with the provisions of:

23       <u>  X  </u>   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

24  party to an action in a district court must file a statement that identifies any parent

25  corporation and any publicly held corporation that owns 10% or more of its stock or states

26  that there is no such corporation.

27

28

1      \_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

     \_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

     **The filing party hereby declares as follows:**

     \_\_\_\_ No such corporation.

     <u>X</u> Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)* Relationship: <u>subsidiary</u>

     \_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)* Relationship: _____

     Other (please explain)

     <u>ABM Industries, Inc. is a publicly owned corporation that owns 10% or more of Defendant's membership interest</u>

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

     Dated this 18th day of June, 2014.

                           THE LAW OFFICES OF DOMINICA J. MINORE, P.C.

                           By <u>/s/ Dominica J. Minore</u>
                                Dominica J. Minore
                                Attorney for ABM Government Services, LLC

                                Anna G. Rotman
                                Christopher D. Porter
                                YETTER COLEMAN LLP

909 Fannin, Suite 3600
Houston, Texas  77010
*Attorneys for Defendant*
*Pro Hac Vice Admission Pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2014, I electronically transmitted the foregoing document via the CM/ECF System to the Clerk's office for filing and transmitting a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Raner C. Collins
United States District Court
405 W. Congress St.
Tucson, AZ 85701

David F. Gaona
Gaona Law Firm
3101 North Central Ave. Suite 720
Phoenix, Arizona 85012
*Attorney for Plaintiffs*

By: /s/ Dominica J. Minore